# SCHULZE,
*Respondent,*

*v.*

# BURLINGTON NORTHERN INC.,
*Appellant.*

## (No. 47838, CA 13368)

603 P2d 780

Roger Hennagin, Portland, argued the cause for appellant. With him on the briefs was Delbert W. Johnson, Portland.

Burl L. Green, Portland, argued the cause for respondent. With him on the briefs was Green & Griswold, Portland.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM

## PER CURIAM

The only issue which warrants discussion concerns an instruction requested by defendant, but not given. During oral argument defendant acknowledged that the second sentence of the two-sentence instruction was ambiguous, if not misleading, and in any event would have required modification prior to its being read to the jury. Defendant argues that it was nevertheless reversible error for the trial court not to give the first sentence. We know of no Oregon law that says that it is the duty of a trial judge to dissect a requested instruction and give it after discarding defective parts.

Affirmed.